IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SCOTT DEL TITO | : | CIVIL ACTION |
| v. | : | |
| VITAMIN SHOPPE INDUSTRIES, INC., et al. | : | NO. 02-CV-3992 |

## ORDER

AND NOW, this _____ day of July, 2002, defendant Cytodyne Technologies, Inc. is **ORDERED** to inform the Court on or before July 16, 2002 whether all of the defendants who were served join in the notice of removal.

BY THE COURT:


_____
MARY A. McLAUGHLIN,   J.