IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SCOTT DEL TITO : CIVIL ACTION
:
v. :
:
VITAMIN SHOPPE INDUSTRIES, INC. : NO. 02-3992

### **O R D E R**

AND NOW, this 13th day of August, 2002, it is Ordered that the telephone Rule 16 Conference scheduled on August 15, 2002 is CANCELLED. A telephone status conference is scheduled on Thursday, August 22, 2002 at 11:00 a.m. Plaintiff's counsel shall initiate the telephone call. Judge McLaughlin's chambers telephone number is 267-299-7600.

ATTEST:                                    or    BY THE COURT


BY:_____            _____
    Carol D. James, Deputy Clerk              MARY A. McLAUGHLIN,   J.


FAXED FROM CHAMBERS 8/13/02:
    Samuel A. Litzenberger, Esq.
    Yvette D. Cooper, Esq.

Civ 12 (9/83)